# IN THE UNTIED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MANUEL LITTLEJOHN, )<br>)<br>　　　Plaintiff, )<br>)<br>v. )<br>)<br>CHRISTIE QUICK, in her official capacity )<br>as Warden of the Oklahoma State )<br>Penitentiary, Steven Harpe, in his official )<br>capacity as Executive Director of the )<br>Oklahoma Department of Corrections, )<br>)<br>　　　Defendants. ) | Case No. CIV-24-996-SLP |

## **J U D G M E N T**

Pursuant to the Order entered this same date, this action is DISMISSED WITHOUT PREJUDICE for lack of jurisdiction.

ENTERED this 25th day of September, 2024.

_____
SCOTT L. PALK
UNITED STATES DISTRICT JUDGE