## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| MANUEL LITTLEJOHN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.  24-cv-996-SLP |
| | ) | |
| | ) | **Execution set for September 26, 2024** |
| CHRISTE QUICK, in her official | ) | **at 10:00 a.m.** |
| Capacity as Warden of the | ) | |
| Oklahoma State Penitentiary, | ) | |
| STEVEN HARPE, in his official | ) | |
| Capacity as Executive Director | ) | |
| of the Oklahoma Department of | ) | |
| Corrections, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT

Notice is hereby given that MANUEL LITTLEJOHN, Petitioner herein, appeals to the United States Court of Appeals for the Tenth Circuit from the Order (Doc. 6) and Judgment (Doc. 7) dismissing his complaint and denying his emergency motion for stay entered in this action on the 25th day of September 2024.

Respectfully submitted,

*s/ Emma Rolls*
EMMA ROLLS, OBA #18820
First Assistant Federal Public Defender
BRENDAN VANWINKLE, SC Bar #104768
Assistant Federal Public Defender
Office of the Federal Public Defender
Western District of Oklahoma
Capital Habeas Unit
215 Dean A. McGee, Suite 707
Oklahoma City, OK  73102

Telephone:    (405) 609-5975
Facsimile:    (405) 609-5976
Emma_Rolls@fd.org
Brendan_VanWinkle@fd.org

COUNSEL FOR MANUEL LITTLEJOHN

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of September, 2024, I electronically transmitted

the attached document to the Clerk of Court using the ECF System for filing and transmittal

of a Notice of Electronic Filing to the following ECF registrants:

Kari Hawkins, General Counsel
Oklahoma Department of Corrections
3400 N. Martin Luther King Ave.
Oklahoma City, OK 73111
Kari.Hawkins@doc.ok.gov

Garry M. Gaskins, II, Solicitor General
Office of the Attorney General
313 N.E. 21st Street
Oklahoma City, OK 73105
Garry.Gaskins@oag.ok.gov

*s/ Emma Rolls*_____
Emma Rolls
First Assistant Federal Public Defender